JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ASIA DOVE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, a government entity; LOS ANGELES COUNTY OFFICE OF EDUCATION, a governmental entity; ERIKA TORRES, an individual; DEBRA DUARDO, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | **Case No. CV13-01222-RSWL (RNBx)**<br>[Assigned for All Purposes to Hon. Ronald S. W. Lew]<br><br>Complaint Filed: February 20, 2013<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF ASIA DOVE'S COMPLAINT AGAINST DEFENDANTS LOS ANGELES UNIFIED SCHOOL DISTRICT, LOS ANGELES COUNTY OFFICE OF EDUCATION, ERIKA TORRES, AND DEBRA DUARDO WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[FILED CONCURRENTLY WITH STIPULATION TO DISMISS ACTION]** |

///

///

///

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Tel: (213) 630-5000  Fax: (213) 683-1225

ASIA DOVE vs. LOS ANGELES UNIFIED SCHOOL DISTRICT, et al. [CASE NO. CV13-01222-RSWL (RNBx)]

ORDER RE STIPULATION TO DISMISS ACTION

[159906.1]

Having reviewed the stipulation of the parties to dismiss Plaintiff Asia Dove's action against Defendants Los Angeles Unified School District, Los Angeles County Office of Education, Erika Torres, and Debra Duardo with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and finding good cause thereon:

IT IS HEREBY ORDERED that Plaintiff Asia Dove's action against Defendants Los Angeles Unified School District, Los Angeles County Office of Education, Erika Torres, and Debra Duardo are dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 29, 2013

__RONALD S.W. LEW__
HON. RONALD S.W. LEW
Senior, U.S. District Court Judge

Respectfully submitted,

**BAUTE CROCHETIERE & GILFORD LLP**
SEAN A. ANDRADE (State Bar No. 223591)
sandrade@bautelaw.com
HENRY H. GONZALEZ (State Bar No. 208419)
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

BY:   /s/  SEAN A. ANDRADE            .
      Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT, ERIKA TORRES, and DEBRA DUARDO

ASIA DOVE vs. LOS ANGELES UNIFIED SCHOOL DISTRICT, et al. [CASE NO. CV13-01222-RSWL (RNBx)]   i   ORDER RE STIPULATION TO DISMISS ACTION

[159906.1]